FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2022 SEP 21 AM 11:01
MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

for the

District of Wyoming

Division

| | | |
|---|---|---|
| William Dale MacLeod<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>Lolcow Limited Liability Corporation<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Case No. 22-CV-207-F<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☒ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | William Dale MacLeod |
| Street Address | 315-25 Mabelle Avenue |
| City and County | Etobicoke |
| State and Zip Code | Ontario, M9A4Y1, Canada |
| Telephone Number | 437-324-2077 |
| E-mail Address | alex connor.macleod@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Lolcow Limited Liability Partnership |
| Job or Title *(if known)* | |
| Street Address | 30 Gould Street |
| City and County | Sheridan |
| State and Zip Code | Wyoming, 82801 |
| Telephone Number | |
| E-mail Address *(if known)* | legal@kiwifarms.net |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* William Dale MacLeod, is a citizen of the State of *(name)* Ontario, Canada.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ________, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ________, is a citizen of the State of *(name)* ________. Or is a citizen of *(foreign nation)* ________.

b. If the defendant is a corporation

The defendant, *(name)* Lolcow Limited Liability Corporation , is incorporated under the laws of the State of *(name)* Wyoming , and has its principal place of business in the State of *(name)* Wyoming .

Or is incorporated under the laws of *(foreign nation)* ______ , and has its principal place of business in *(name)* ______ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

To be determined by the court or a jury, but to not be more than $100,000.00 Dollars with exception of permitting a class action under the Federal Rules of Civil Procedure or permitting criminal prosection between state and federal jurisdictions.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plaintiff has been subject to criminal harassment (online-stalking), defamatory information being published, and racial remarks being published on the site www.kiwifarms.net, which is owend and operated by Lolcow LLC in the State of Wyoming. The intent of the website ran by the defendant is to permit users of the site to engage in criminal harassment (§2261A, Chapter 110A, Title 18) and commit hate crimes (§249(a)(1)(2), Chapter 13, Title 18). The offences committed by individual users (the various Janes and John Does) are protected and upheld by the defendant and have damaged the life of the plaintiff and causes undue anxiety to the plaintiff. The acts of the defendant and the Janes and John Does who utilise this site have also affected multiple victims of these persons and the defendant.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks not more than $100,000.00 in punitive and compensatory damages for the acts, errors and ommissions committed by the defendant and the Jane and John Does who utilise the website unless determined otherwise by a jury. The Plaintiff also seeks criminal penalty against the defendant and Jane and John Does. The Plaintiff also seeks that the website, and the defendant, cease operations.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/24/2022

Signature of Plaintiff William Dale MacLeod

Printed Name of Plaintiff William Dale MacLeod

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

Log in Register

Forums › Lolcow Farms › Animal Control ›

Furry Fandom and Drama General

Holdek · Jun 1, 2013

t.me/kiwifarms is our Telegram for downtime and announcements.
The .is domain is disabled due to issues with the CDN and having multiple domains.

‹ Prev 1 ... 881 882 883 884 885 ... 1188 Next ›

Next Highlight

**eternal dog mongler**
True & Honest Fan
kiwifarms.net

Sep 10, 2020 #17,641

> Catch Your Breath said:
>
> Don't suppose there's an archive of the journal?
> Or even the FA account
> Is she still active?

It happened like ten years ago and that was before I started screencapping everything.

So, no, sorry.

The Ultimate Ramotith, Qajinima022 and Catch Your Breath

**Great Dane**
Fear nothing, achieve everything True & Honest Fan
kiwifarms.net

Sep 10, 2020 Highlight #17,642

Tigerboialex @*insert-here_error404:cancelled*
@alexthetigre

@FBI What reporting method should I use to report defamatory libel and the theft and use of information or the illicit use of information? Especially since it occurred on KiwiFarms, which encourages anonymity.

3:01 AM · Sep 10, 2020 from Toronto, Ontario · Twitter for iPhone

https://twitter.com/alextheligre/status/1303951669500227584
https://archive.md/eWSyc

bowow, NoFeline, BlueSylveon and 13 others

---

**Wheezy Asthmatic**

Don't forget, you're here forever | Forum Staff | True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,643

> Great Dane said:
>
> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

Oh this dude is BEGGING for a thread

NoFeline, Qajinima022, Chao Garden and 3 others

---

**Corn Flakes**

Battle Creek's Finest | True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,644

> Great Dane said:
>
> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

I'm sure the FBI is just champing at the bit to have the farms taken offline.

Oh. Hello glowies!

bowow, The Ultimate Ramotith, Qajinima022 and 2 others

---

**granyonyi stakan**

birth of a nation is the greatest movie ever made

kiwifarms.net

Sep 10, 2020 #17,645

> Corn Flakes said:
>
> I'm sure the FBI is just champing at the bit to have the farms taken offline.
>
> Oh. Hello glowies!

I've heard outside pressure has caused the FBI to assign an entire floor to curbing the threat to national security that is Kiwifarms and joshua moon.

Toma, Qajinima022, YayLasagna and 4 others

---

**Neko GF**

Trans Wrongs Advocate | True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,646

> granyonyi stakan said:
>
> I've heard outside pressure has caused the FBI to assign an entire floor to curbing the threat to national security that is KiwiFarms and joshua moon.

Our mean words about trannies, furries, and fatties are obviously the biggest threat to the US!

The Ultimate Ramotith, Qajinima022, loveslap and 1 other person

---

**eternal dog mongler**

True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,647

> Great Dane said:
>
> View attachment 1585113

well probably not tagging the FBI on twitter

---

**Immortal Technique**

kiwifarms.net

Sep 10, 2020 #17,648

> Great Dane said:
>
> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

This tweet made me laugh, so I had to track down to see why he is so upset. William MacLeod
https://kiwifarms.net/threads/furry-fandom-and-drama-general.1102/post-4350869

The post is from 2019. Will must've googled his name.

The Ultimate Ramotith



**BOONES**

Boulder Punching Asshole

kiwifarms.net

Sep 10, 2020 #17,649

I Hate Furrys. All they do is watch porn then complain to their friends on video games. Specifically warframe, every furry plays warframe.

NoFeline, lint roller, Qajinima022 and 8 others

---

**Thistle**

Dragon Dick Enthusiast

kiwifarms.net

Sep 10, 2020 #17,650

> Corn Flakes said:
>
> I'm sure the FBI is just champing at the bit to have the farms taken offline.
>
> Cc: Hello glowies!

FBI HaVe YoU REPORTED To ThE CybEr PoLICE!

The Ultimate Ramotith, ClaudeSpeed and Corn Flakes

---

**TFT-A9**

Swiggity swooty

kiwifarms.net

Sep 10, 2020 #17,651

> Great Dane said:
>
> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

can't wait for Null to get this guy's handwritten nastygram

that's going to be pretty funny

Damn Furfag

---

**TFT-A9**

Swiggity swooty

kiwifarms.net

Sep 10, 2020 #17,652

> eternal dog mongler said:

> it happened like ten years ago and that was before I started screencapping everything.
>
> So no sorry.

possibility it would be archived or part of yiffyleaks?

wait where the fuck is my edit function? oh well. doublepost it is

---

**Jolyne THICCujoh**

Commiting religious hate crimes since 2011

kiwifarms.net

Sep 10, 2020 #17,653

> Great Dane said:
>
> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

Literally who is this dude?

NoFeline and The Ultimate Ramotith

---

**AssRock**

So long and thanks for the booze!

kiwifarms.net

Sep 10, 2020 #17,654

> Jolyne-but-thicc said:
>
> Literally who is this dude?

Just someone doing an ego search and thinking that they're somehow important because someone listed them as a personal cow.

Either way, I look forward to the inevitable takedown notice and Null's based reply telling them to fuck off.

Qajinima022 and totse

---

**Athena's Biggest Fan**

*huuugs*

kiwifarms.net

Sep 10, 2020 #17,655

> Great Dane said:

> View attachment 1585113
> https://twitter.com/alextheligre/status/1303951669500227584
> https://archive.md/eWSyc

Why is it always the whitest motherfuckers in the room who claim they're indigenous? 

bowow, NoFeline, Bungus Scrungus and 8 others

---

**Corn Flakes**

Battle Creek's Finest True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,656

> Athena's Biggest Fan said:
>
> Why is it always the whitest motherfuckers in the room who claim they're indigenous?
>
> View attachment 1585811

Because 1/16th native blood will buy you a lot of goodwill among SJWs. 

bowow, NoFeline, Leaf-eon and 2 others

---

**Neko GF**

Trans Wrongs Advocate True & Honest Fan

kiwifarms.net

Sep 10, 2020 #17,657

> Athena's Biggest Fan said:
>
> Why is it always the whitest motherfuckers in the room who claim they're indigenous?
>
> View attachment 1585811

Because they want racial/ ethnic minority oppression points. 

bowow, Leaf-eon, The Ultimate Ramotith and 3 others

**TFT-A9**

Swiggity swooty

kiwifarms.net

Sep 10, 2020 #17,658

> Athena's Biggest Fan said:
>
> Why is it always the whitest motherfuckers on the .com who claim they're indigenous?
>
> View attachment 1585811

certified 1/64th Cherokee pee-oh-see coming through

---

**Thistle**

Dragon Dick Enthusiast

kiwifarms.net

Sep 10, 2020 #17,659

> Your Local Neko Girl GF said:
>
> Because they want racial/ ethnic minority oppression points.

Not that it works anyway. See: Occupy Wallstreet & Tim Pool trying to get into White and pee oh-sea Caucuses. Not white enough, but also not pea oh see enough.

The Ultimate Ramotith

---

**Just Another Furgag Alog**

Wiggly Line Furgag

kiwifarms.net

Sep 10, 2020 #17,660

> Homoerotic Cougar-kun said:
>
> possibility it would be archived or part of yiffyleaks?
>
> wait where the fuck is my edit function? oh well. doublepost it is.

If you can get yiffyleaks to pull anything up, go ahead and try.

But no, no possibility. There is the "reports" and "admin actions" file from some years ago though. Not sure where to get a copy of it, but that might have mention of it.

◂ Prev 1 ... 881 882 883 884 885 ... 1188 Next ▸

You must log in or register to reply here.

die null die null die forum owner furfag furries furry something awful yiff in hell

Forums › Lolcow Farms › Animal Control ›

Style chooser

Contact us Terms and rules Privacy policy Help

## How to Support the Forum

This website was made possible by contributions from viewers like you. Thank you.

BTC bc1qvghgzdewy7tar78uy29ypq

LTC [illegible]

ETH & BAT 0x354c260EF395E37S2F

XMR 438fUMcfjahoYemDywwCafT1ot

OXEN - LOKI [illegible]

ADA addr1qxp4ys1zpphahvmszsqja

Kinesis AU / AG [illegible]

Community platform by XenForo® © 2010-2022 XenForo Ltd. © 2021 Lolcow LLC.
This is an adult website. Minors must discontinue accessing this website.
Live free or die.
Hosted by 1776 Hosting.

Primary: [illegible]

[illegible]

[illegible] was kicked out of an apartment with [illegible]

Attachments

[illegible].jpg   aVySQRp.jpg   [illegible].jpg   5b96b37bbb2c4.image.jpg

NoFeline

Like + Quote Reply

**Wheezy Asthmatic**

[illegible] Forum Staff | True & Honest Fan

Feb 20, 2019 #11,054

> EndocrineAgent said:
>
> [illegible]
>
> [illegible]
>
> Click to expand...

All that seems good enough for an OP [illegible]

NoFeline

Like + Quote Reply

**EndocrineAgent**

Feb 20, 2019 #11,055

[illegible] I just found a tangential link to something [illegible]. This dude:

Name: William Macleod
Aliases: Alexandre Pierre Saii
Furname: Alexdeligre / Alextheligre

Twitter: https://twitter.com/alextheligre
LinkedIn: https://www.linkedin.com/in/william-macleod-49162574/
Facebook: https://www.facebook.com/alexandre.pierresaii

Gold:

- Criminology Gold Star
  - Graduated (?) from Ryerson University with a Certificate of Criminology
  - Accounting (from experience), Family Law (from experience), Evidence Analysis (from experience), and an Art Entrepreneur
- LinkedIn Posting (Furry Raiders Follow-Up) [illegible]
  - Furry Raiders are a supposed neo-nazi community in the Furry Fandom, and the guy petitions the US Government with Freedom of Information Act requests, and then starts up a lawsuit when they don't give him the answers he wants
  - Public Documentation [illegible] from September 2017
  - The document covers the following:
    - In a request to the Department of Homeland Security...
      - he mentions he owns a Diplomatic Status card
      - he mentions he's a Member of Parliament (I've found nothing backing these claims)
      - he wanted to discuss the costs, [illegible], and requirements of a Diplomatic Status card in the embassy in Toronto
    - In a request to the CIA, he requested:
      - Information on his name.

[illegible]

[illegible]

[illegible] "Wolfe" and [illegible] Wolfe" the [illegible] in Chadron, [illegible]

Name: [illegible]
Aliases: [illegible]
DOB: [illegible]

Locations:

- [illegible], Ontario (unverifiable)
- Niagara Falls, Ontario (unverifiable)
- London, Ontario
- Alberta (unverifiable)
- Chadron, Idaho

Alleged Accusations:

- Stealing $20,000 from his [illegible]
- Armed Robbery
  - Source: Deleted Account on Reddit [illegible]
- Stolen vehicles, debit cards, bank information, fraudulent cheques.
  - Source: Deleted Account on Reddit [illegible]
- NB: The "deleted account" identifies themselves as [illegible]
- Other Reddit Mentions
  - Staged threats on someone's life (the3rdtausk)
  - Defrauded [illegible] savings account (Vinnie_Wolf)
  - Addicted to cocaine (Vinnie_Wolf)

Verifiable Accusations:

- Evading Probation [illegible]
- Resisting a Police Officer [illegible]
- Unauthorized Possession of a Weapon [illegible]
  - Source: Mississauga News Post of the Arrest http:[illegible]
  - Source: Picture of Arrest Warrant (below)
- Arrested on Outstanding Warrant, [illegible] in Idaho
- Suspicion of Carrying a Concealed Weapon (and casing a bank)
- First Degree Forgery (taking money orders and cheques, [illegible] transactions on a client account)
  - Source: Bank Arrest (Link archive [illegible] due to GDPR)

Responses:

- Banned from all Ontario furry conventions (unconfirmed)
  - (Furry conventions don't actually release their ban lists. Something about privacy concerns. The only way this'd be verifiable is if someone had a copy of the ban letter.)
- Held on 10% of a $10,000 bail in Chadron, Idaho

Related:

- Jeremy Dzewurzski – Named in the arrest warrant. Possibly IRL name of one of this dude's exes.
- Xanathos Tengetsu – Ex, who keeps putting in *minimal effort* to throw this dude under the KiwiFarms bus
  - Also, really *really* doesn't know how to keep a low profile, real easy to find stuff on him since he doesn't know how to hide his powerlevel.
- Vinnie_Wolf (https://www.reddit.com/user/Vinnie_Wolf)
  - Dated him for 2 years and was defrauded $5,000
  - the one making his life hell by getting the cops after him
  - Possibly the same person as Jeremy Dzewurzski, although no confirmation.
- Xanfolf384 (https://www.reddit.com/user/Xanfolf384) – Ex from St Catharines, Ontario, was with him on in 2015.
- Kira – Unknown, referenced in Xanfolf384's Reddit posting.

- the3rdtausk (https://www.reddit.com/user/the3rdtausk) – Ex located (?) in Kitchener / Waterloo, apparently had a threat staged on their life

**Lazybird8654**

Feb 19, 2019 #11,051

> StormTrooper said:
>
> [illegible]
>
> Click to expand...

[illegible]
https://web.archive.org/save/https://www.deviantart.com/clare-stovold

Last edited: Feb 19, 2019

Army Burger, Kamov Ka-52, That Darn Mimic and 2 others

Like + Quote Reply

**Connectingdotsanddogs**

Feb 19, 2019 #11,052

> Lazybird8654 said:
>
> [illegible]
> https://web.archive.org/save/https://www.deviantart.com/clare stovold

[illegible]

[illegible] https://twitter.com/Clarestovold/status/220988490765189120 https://archive.fo/v6vP8

[illegible] https://twitter.com/Clarestovold/status/796236376819671O4 https://archive.fo/Rgs8m

Last edited: Feb 19, 2019

TheWatchfulFurfag and Catch Your Breath

Like + Quote Reply

**EndocrineAgent**

Feb 20, 2019 #11,053

[illegible]

Click to expand

https://liamgorham92.tumblr.com/

https://web.archive.org/web/20190219195825/https://liamgorham92.tumblr.com/

Like + Quote Reply

**Connectingdotsanddogs**

Feb 19, 2019

Catch Your Breath said:

Like + Quote Reply

StormTrooper

Feb 19, 2019

Connectingdotsanddogs said:

https://twitter.com/LiamGorham2
https://archive.fo/MsVhO

Click to expand...

https://twitter.com/boffwithglasses

https://twitter.com/Clarestovold

https://www.deviantart.com/clare-stovold

https://www.deviantart.com/liam-gorham

Like + Quote Reply

**eternal dog mongler**

True & Honest Fan

Feb 19, 2019 #11,050

Francis E. Dec Esc said:

That Damned Tiger

Like + Quote Reply

**Francis E. Dec Esc.**
True & Honest Fan

Feb 19, 2019 #11,044

Reynard said:

Last edited: Feb 19, 2019

NoFeline, That Damned Tiger and Reynard

Like + Quote Reply

**Connectingdotsanddogs**

Feb 19, 2019 #11,045

https://twitter.com/LiamGorham2
https://archive.fo/MsVhO

http://liamgorham.brandyourself.com/
https://archive.fo/A77XO

https://about.me/liamgorham
https://archive.fo/DdrZc

NoFeline

Like + Quote Reply

**Wheezy Asthmatic**
Forum Staff True & Honest Fan

Feb 19, 2019 #11,046

Connectingdotsanddogs said:

https://twitter.com/LiamGorham2
https://archive.fo/MsVhO

Click to expand...

Like + Quote Reply

**Lazybird8654**

Feb 19, 2019 #11,047

Connectingdotsanddogs said:

https://twitter.com/LiamGorham2
https://archive.fo/MsVhO

Furry Fandom and Drama General

Holder · Jun 1, 2015

**t.me/kiwifarms**

Chat

@Furry Troon. https://archive.ph/7McIV

**Furry Troon** 10:56:42 PM

hi babe

**Frogasm**

Feb 19, 2019 #11,041

> Reynard said:

Like + Quote Reply

**Francis E. Dec Esc.**
True & Honest Fan

Feb 19, 2019 #11,042

> Plaguemine said:
>
> View attachment 669872 View attachment 669876 View attachment 669877 View attachment 669878 View attachment 669880

Like + Quote Reply

**Reynard**
True & Honest Fan

Feb 19, 2019 #11,043

> Francis E. Dec Esc. said:

According to a google search it says that Chris Kyle actually had ... The question you should be asking is why is he mentioned in a book about concealed carry and civilian ownership of firearms? He got murdered by a Marine with PTSD at a firing range when both of them were civilians, so if this ... wants to convince people of why the idea of an armed populace is good, they shouldn't include that.

Swedish Fish, GrayWater, NoFeline and 2 others

Like + Quote Reply

- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible]
- [illegible] Blouin Dunn [illegible]
  - [illegible] process on [illegible]
- His other LinkedIn postings are [illegible] fandom. lol
  - https://www.linkedin.com/in/william-macleod-49162574/detail/recent-activity/posts/

[illegible]...

EDIT: Also, Kiwi Farms callout in that LinkedIn article

> **Catch Your Breath said:**
>
> [illegible]

Huh. maybe I wasn't able to find anything [illegible] and the lack of Social Media [illegible] disappointing

Last edited by a moderator: Feb 20, 2019

Damn Furfag, Mammal Pod and NoFeline

Like + Quote Reply

---

**BEEG YOSHI**

Guest

Feb 20, 2019 #11,056

Incoming hot take.
Jesus Christ, ladies.

NoFeline

Like + Quote Reply

---

**GayDemiBoy**

Feb 20, 2019 #11,057

> **BEEG YOSHI said:**
>
> Incoming hot take.
> Jesus Christ, ladies.

If white privilege was real wouldn't all poor homeless people be minorities? [illegible] there's plenty of poor homeless white and black people. Doesn't seem like privilege does much when you can't find a job [illegible] mental issues and end up on the streets to [illegible]

Mammal Pod and NoFeline

Like + Quote Reply

---

**Goda**

Feb 20, 2019 #11,058

> **BEEG YOSHI said:**
>
> Incoming hot take.
> [illegible]

Army Burger, Mammal Pod and NoFeline

Like + Quote Reply

B

BEEG YOSHI

#11,059

GayDemiBoy said:

Tabtar., Army Burger and 2 others

Like + Quote Reply

**AnOminous**

Retired Staff True & Honest Fan

#11,060

BEEG YOSHI said:

NoFeline

Like + Quote Reply

‹ Prev 1 ... 551 552 553 554 555 ... 1188 Next ›

**Forum guidelines**

Animal Control is for the furry fandom, its members, subcultures, and communities.

**Hide your powerlevel.** Avoid revealing intimate, embarrassing details about yourself in public boards. These threads are not your personal blog and we are not an asylum.

**Spoiler adult content.** Anything you wouldn't want your boss to see on your monitor should be hidden. Don't embed NSFW content in your post directly.

**Don't white knight.** Don't turn threads into an intervention. If you want to help, contact them privately.

**Avoid politics.** Eccentric political views is a frequent component of a person's humor value. Try to avoid debate.

**No trolling plans.** We are not an autistic Illuminati. If you embarrass yourself or the forum trying to troll, we will ridicule you.

Archive everything. Use screenshots and archive.is to preserve content forever. Upload directly to posts where applicable.

**Don't lament about the fandom.** People have been critical of the furry fandom since the 90s. The debate is old enough to vote. If you don't want to post here, then don't.

Talk to Staff



Attach files
Forums › Lolcow Farms › Animal Control ›
How to Support the Forum
Kinesis AU / AG
Hosted by 1776 Hosting.
Primary:

Search ›

>tfw no bf

Search results for query: *alextheligre*

**t.me/kiwifarms** is our Telegram for downtime and announcements.
The .is domain is disabled due to issues with the CDN and having multiple domains.

Kiwi Farms Reviews
https://twitter.com/**alextheligre**/status/1303951669500227584?s=20 https://archive.md/ibVsF
CatParty · Post #7,416 · Sep 10, 2020 · Forum: Lolcow General

Furry Fandom and Drama General
https://twitter.com/**alextheligre**/status/1303951669500227584 https://archive.md/eWSyc
Great Dane · Post #17,642 · Sep 10, 2020 · Forum: Animal Control

Furry Fandom and Drama General
Literally who is this dude?
Jolyne THICCujoh · Post #17,653 · Sep 10, 2020 · Forum: Animal Control

Kiwi Farms Reviews
Tell them to file a DMCA.
SIGSEGV · Post #7,417 · Sep 10, 2020 · Forum: Lolcow General

Furry Fandom and Drama General
Oh this dude is BEGGING for a thread
Wheezy Asthmatic · Post #17,643 · Sep 10, 2020 · Forum: Animal Control

Furry Fandom and Drama General
Why is it always the whitest motherfuckers in the room who claim they're indigenous?
Athena's Biggest Fan · Post #17,655 · Sep 10, 2020 · Forum: Animal Control

Furry Fandom and Drama General
can't wait for Null to get this guy's handwritten nastygram that's going to be pretty funny
TFT-A9 · Post #17,651 · Sep 10, 2020 · Forum: Animal Control

Kiwi Farms Reviews
These idiots believe so much in witchcraft, and hate/disavow the 'facists' - yet when feefees are hurt....

Orange Rhymer · Post #7,419 · Sep 10, 2020 · Forum: Lolcow General

### Furry Fandom and Drama General

I'm sure the FBI is just champing at the bit to have the farms taken offline. Oh. Hello, glowies!

Corn Flakes · Post #17,644 · Sep 10, 2020 · Forum: Animal Control

### Kiwi Farms Reviews

Hey FBI I know you're busy and all but how do I go about filing a civil suit? This guy probably has as many brain cells as there are white rhinos left.

Inquisitor_BadAss · Post #7,418 · Sep 10, 2020 · Forum: Lolcow General

### Furry Fandom and Drama General

This tweet made me laugh, so I had to track down to see why he is so upset. William MacLeod: https://kiwifarms.net/threads/furry-fandom-and-drama-general.1102/post-4350869 The post is from 2019. Will must've googled his name.

Immortal Technique · Post #17,648 · Sep 10, 2020 · Forum: Animal Control

### Kiwi Farms Reviews

Imagine being such a snowflake that your fursona isn't a fox.. or a wolf.. or a tiger... or a lion.. but a tiger/lion crossbreed. He's a mursuiter too https://archive.md/BGEOi

3119967d0c · Post #7,425 · Sep 12, 2020 · Forum: Lolcow General

### Furry Fandom and Drama General

...found a tangential link to something awesome. This dude: Name: William MacLeod Aliases: Alexandre Pierre-Sail Furname: Alexleligre / **Alextheligre** Twitter: https://twitter.com/**alextheligre** LinkedIn: https://www.linkedin.com/in/william-macleod-49162574/ Facebook...

EndocrineAgent · Post #11,055 · Feb 20, 2019 · Forum: Animal Control

---

**Search** ›

Style chooser

Contact us Terms and rules Privacy policy Help

## How to Support the Forum

This website was made possible by contributions from viewers like you. Thank you.

| | | | | | |
|---|---|---|---|---|---|
| BTC | bc1qvghgzdewy7[illegible] | LTC | [illegible] | ETH & BAT | 0x354c260Ef39C3782FA |
| XMR | 438fUMc[illegible] | OXEN / LOKI | [illegible] | ADA | addr1qxp4ys1zpphahvmszsqja |

Kinesis AU / AG | [illegible]

Community platform by XenForo® © 2010-2022 XenForo Ltd. | © 2021 Lolcow LLC.
This is an adult website. Minors must discontinue accessing this site.

  Ministry of Government and Consumer Services
Office of the Registrar General

# Application to change an adult's name

**To use this application:**

- you must be 16 years of age or older, **and**
- you must have lived in Ontario for at least the past 12 months

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990,c.C.7. It will be used to determine whether a change of name can be granted, to register and record the change of name, to publish the change of name in The Ontario Gazette, to provide certified copies of the registration, certificates and search notices and for statistical, research, medical, security and law enforcement, corrections, adoption and adoption disclosure purposes. It is an offence to willfully make a false statement on this form.

**For any questions about this collection statement or any questions about this application, please contact:**

**The Deputy Registrar General**
**Office of the Registrar General**
**PO Box 3000, 189 Red River Road**
**Thunder Bay ON P7B 5W0**

**Telephone: Outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408**
**Fax: 807-343-7459.**

 © Queen's Printer for Ontario, 2019 Disponible en français

# Important Information about this Application

1. **This application is a permanent legal record.**
   - **Notice of a name change is published in The Ontario Gazette. The Ontario Gazette is the Government of Ontario's official publication which can be searched online.** Generally, notice of a name change is published in The Ontario Gazette, however, there are exceptions specified in the *Change of Name Act*. **See Part 5 of the application for more information about the form, what documents to send, police record checks, and publishing of the name change in The Ontario Gazette.**
2. **Make sure you have the right application form.** There are three different forms for changing names:
   - **Application to change an adult's name** – use if you want to change your own name and you are 16 years of age or older and you have lived in Ontario for the last 12 months before sending the application.
   - **Application to change a child's name** – use if you want to change the names of your children who are 17 years of age or younger who have lived in Ontario for the last 12 months before sending the application or since birth if the child is less than one year of age.
   - **Name change election** – use if you want to change your last name because of marriage, divorce or death of your spouse. You may also use it to change your last name while you are living with a person in a conjugal relationship outside of marriage. You can get this form from the Office of the Registrar General. For more information, call 1-800-461-2156 outside Toronto but within North America or 416-325-8305 in Toronto or outside North America, TTY/Teletypewriter (for the hearing impaired) 416-325-3408.
3. **Get the right number of application forms.** You need a separate application form for each adult and/or child whose name is being changed.
4. **Fill in the application. Note:** It may take several weeks to gather all the information you need. Allow enough time to complete this application.
   - Print clearly. Use a pen with blue or black ink.
   - **Do not use correction fluid on this application.**
   - If you fill in information and want to change it later, or if you have made a mistake, you must do the following:
     - Put brackets around the wrong information.
     - Enter the correct information.
     - Put your initials beside each change. The person commissioning this form must also initial each change before it is sworn. See part 6 for more information.
   - There are seven parts to the application. **You may not have to use all seven parts**. Be sure to read the instructions at the beginning of each part carefully to find out what to do.
5. The fees are:
   - $137 for an adult name change.
   - $ 22 for each name change for a child 17 years of age or younger, using an Application to change a child's name **if the name is changed at the same time as one of the child's parents**. If the child's name is being changed without a parent, the fee is $137.
   - Fees are subject to change without notice.
6. Mail the documents to the Office of the Registrar General (mailing address listed on the front page of the application). Also include:
   - The certificates/documents listed in Part 5, and the fee.
   - Print your own address on the top left corner of the envelope before mailing.

**What happens after you send in your application?**

- If your name change is approved, you will get a change of name certificate. It will show your previous name and your new name. You can use this certificate to change your name on other personal documents such as your driver's licence or your credit cards.
- Every person born in Ontario who changes their name will also get a new birth certificate in their new name. See page 15 for more information about certificates. You must indicate on page 15 if you do **not** want your sex to be displayed on your birth certificate.
- If you were born in another part of Canada and want a new birth certificate, you must contact the province or territory where you were born after you get your change of name certificate.

# Part 1 – Personal Information

## A. Information About You

*(Form 5, Change of Name Act)*

**What is your name now?**

**Note:** See instruction notes in Part 5 of this form for information regarding your current legal name before completing this section.

| |
|---|
| First Name<br>William |
| Middle Name(s)<br>Dale |
| Last Name or Single Name<br>MacLeod |

**Mailing Address**

| | | |
|---|---|---|
| Street Number and Street Name<br>25 Mabelle Avenue | | PO Box or RR |
| Apt/Unit/Suite<br>315 | Buzzer No.<br>38 | City/Town/Village<br>Etobicoke |
| Province<br>Ontario | | Postal Code<br>M9A 4Y1 |
| Daytime Telephone Number<br>437-324-2077 | Alternate Daytime Telephone Number | |

**You must have lived in Ontario for at least 12 months immediately before applying for this name change. You will need a Guarantor who can confirm you meet the residency requirement (Part 4 of this form). Print the number of years and months you have been living in Ontario immediately before this application.**

| Years | Months |
|---|---|
| 14 | 10 |

**When were you born?**

| Year | Month | Day |
|---|---|---|
| 1997 | November | 04 |

**Where were you born?**

| |
|---|
| City/Town/Village<br>Charlottetown |
| Province or State<br>Prince Edward Island |
| Country<br>Canada |

**What do you want your new name to be?** (You may choose a single name if it is in accordance with your traditional culture. A Single Name Request for Name Change form and supporting evidence must be submitted with this application. See Part 5 of this form for additional information.)

| |
|---|
| First Name<br>Connor |
| Middle Name(s)<br>Alexander |
| Last Name or Single Name<br>MacLeod |

**For office use only.** Please do not write anything in this box.

| Change of Name Registration Number | Change of Name Registration Date | Approved By |
|---|---|---|
| | | |

## Information about Current Marital or Relationship Status

Are you married now?
(Select **one** box only. If you are separated but not divorced, select the "Yes" box.)

☑ No ☐ Yes What was your spouse/partner's name before you got married?

| First Name |
|---|
| Middle Name(s) |
| Last Name or Single Name |

When did you get married?

| Year | Month | Day |
|---|---|---|
| | | |

Where did you get married?

| City/Town/Village |
|---|
| Province |
| Country |

---

## Declaration of Conjugal Relationship

**Note**: Two people who live together in a conjugal relationship **(or common law relationship)** outside marriage can sign a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*) to change their last name to their spouse/partner's last name (Form 1, *Change of Name Act*).

Have you ever signed a document called a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*) and sent it to the Office of the Registrar General?
(Select **one** box only.)

☑ No **Go to information about your parents on page 3**

☐ Yes What is the name of the other person who signed the Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*) with you?

| First Name |
|---|
| Middle Name(s) |
| Last Name or Single Name |

When did you send it to the Office of the Registrar General?

| Year | Month | Day |
|---|---|---|
| | | |

You can only revoke a Joint Declaration of Conjugal Relationship by completing and sending to the Office of the Registrar General a Declaration that Conjugal Relationship has Ended (Form 4, *Change of Name Act*).

Have you officially revoked the Joint Declaration by submitting Form 4 of the *Change of Name Act*?
(Select **one** box only.)

☑ No ☐ Yes

## B. Information about your parents

Please provide information about all of the parent(s) **listed on your birth registration.**

**Parent Information:**

| Parent's First Name(s)<br>Tammy |
|---|
| Parent's Middle Name(s)<br>Doris Bridget |
| Parent's Current Legal Last Name or Single Name<br>LaRonde |
| Parent's Legal Last Name or Single Name (at the time of their birth), if different from above |
| Any Previous Legal Last Name(s) or Single Name of the Parent |

**Parent Information:**

| Parent's First Name(s)<br>Mark |
|---|
| Parent's Middle Name(s)<br>Dale |
| Parent's Current Legal Last Name or Single Name<br>MacLeod |
| Parent's Legal Last Name or Single Name (at the time of their birth), if different from above |
| Any Previous Legal Last Name(s) or Single Name of the Parent |

**Parent Information:**

| Parent's First Name(s) |
|---|
| Parent's Middle Name(s) |
| Parent's Current Legal Last Name or Single Name |
| Parent's Legal Last Name or Single Name (at the time of their birth), if different from above |
| Any Previous Legal Last Name(s) or Single Name of the Parent |

**Parent Information:**

| Parent's First Name(s) |
|---|
| Parent's Middle Name(s) |
| Parent's Current Legal Last Name or Single Name |
| Parent's Legal Last Name or Single Name (at the time of their birth), if different from above |
| Any Previous Legal Last Name(s) or Single Name of the Parent |

If additional space is needed for parent information, please photocopy this blank page, complete and enclose with the application.

## C. Information about your name change and any previous name changes

Why do you want to change your name? Print all of the reasons.

| Name change is being submitted to conform to my gender identity as a non-binary individual and due to |
|---|
| ongoing defamation which has resulted in partial loss of livelihood. While I am indigenous, my indigenous |
| name (Brown-Spotted Eagle) cannot be easily translated to Ojibwe or Oji-Cree and I do not intend to use it |
| outside of traditional culture and familial engagement. The change is also for my safety since those who have |
| defamed me have "swatted" individuals and have caused complete loss of livelihood or life. |
| |

Have you ever changed your name before?
(Select **one** box only.)

| ☑ No ☐ Yes If yes, when did you change your name? | | |
|---|---|---|
| Year | Month | Day |

What was your name **before you** changed it?

| First Name |
|---|
| Middle Name(s) |
| Last Name or Single Name |

What was your name **after** it was changed?

| First Name |
|---|
| Middle Name(s) |
| Last Name or Single Name |

Where was your name changed?

| Province or State |
|---|
| Country |

If your name was changed more than once, please photocopy this blank page, complete and enclose with the application for every name change.

Have you ever applied for a name change before and been refused?
(Select **one** box only.)

☑ No ☐ Yes

## D. Information about criminal offences

### To be answered by all applicants

**Note:** Questions 3 and 4 pertain to both Canadian criminal offences and criminal offences committed in other jurisdictions. Question 5 pertains to criminal charges in both Canadian and other jurisdictions.

1. Are you aware of any pending court proceedings against you, other than pending criminal charges? This includes a proceeding that started but has not yet gone to court or has not yet been decided. (Select **one** box only.)

| ☑ No ☐ Yes If yes, complete the following: | Court file number: |
|---|---|
| Court name | |
| Address of the court | |
| Describe the proceedings (e.g. civil, family, provincial offences such as traffic, or other) | |

2. Are you aware of any outstanding law enforcement orders against you, including any warrant, prohibition order, restraining order, driver's licence suspension, probation order or parole order? (Select **one** box only.)

**Note:** Select the "No" box and do not provide details if information would reveal you as being a person dealt with under the *Youth Criminal Justice Act* (unless you were given an adult sentence).

| ☑ No ☐ Yes If yes, complete the following: | Court file number: |
|---|---|
| Court name | |
| Address of the court | |
| Describe the proceedings (eg type of lawsuit, etc.) | |

3. Have you ever been convicted of a criminal offence? (Select **one** box only.)

**Note:** Select the "No" box if the offence(s) have been pardoned or suspended under the *Criminal Records Act* (Canada).
If providing details of the offence would reveal that you were dealt with under the Youth *Criminal Justice Act*, select the "No" box, unless:
a) If you were convicted of a criminal offence and given an adult sentence (as defined in the *Youth Criminal Justice Act*); and
b) The time frame for taking an appeal has expired or all proceedings in respect of the appeal have been completed and the appeal court has upheld the adult sentence; and
c) The record is not required to be destroyed under the *Youth Criminal Justice Act*.

☑ No ☐ Yes If yes, please give details of the offence or offences below:

4. Have you ever been found guilty of a criminal offence and not been discharged? (Select **one** box only.)

**Note:** Select the "No" box below if:
- You have never been found guilty of a criminal offence
- More than one year has passed since you were discharged absolutely; or
- More than three years have passed since you were discharged on the conditions prescribed in the probation order; or
- Providing details of the discharge would reveal that you were dealt with under the *Youth Criminal Justice Act*.

☑ No ☐ Yes If yes, please give details of the offence or offences below:

5. Are you aware of any pending criminal charges against you? This includes a proceeding that has been started but has not yet gone to court or has not been decided. (Select **one** box only.)

**Note:** Select the "No" box and do not provide details if information would reveal you as being a person dealt with under the *Youth Criminal Justice Act*.

| ☑ No ☐ Yes If yes, complete the following: | Court file number: |
|---|---|
| Court name | |
| Address of the court | |
| Describe the charges | |

**If you answered "Yes" to questions 2, 3, 4, or 5, you must provide a current original police record check with this application. Download the Requirements for a Police Record Check for a Change of Name and give it to the police force conducting the check to make sure you get the one that meets all the requirements and include it with your application.**

## E. Financial Information
### To be answered by all applicants

1. Has any court or tribunal ordered you to pay money that you have not yet paid?
   (This includes judgements and fines. For example, rent arrears and small claims awards.)
   (Answer no to this question if as a youth, you were charged under the *Youth Criminal Justice Act* but not given an adult sentence and you still owe money because of this conviction).

   (Select **one** box only.)

   | ☑ No ☐ Yes   If yes, complete the following: | Court file number: |
   |---|---|
   | Court name | Date of the court order (year, month, day) |
   | Name of the person who sued you | |
   | Address of the court or tribunal | |

2. Are you aware if a sheriff has been directed to take your real and personal property to enforce an outstanding judgment, such as real estate, vehicle or furniture?

   (Select **one** box only.)

   | ☑ No ☐ Yes   If yes, complete the following: | Writ number: |
   |---|---|
   | Name of sheriff | |
   | Address of the sheriff | |

3. Are you aware of any liens or security interests against your personal property; for example, have you agreed that a person can take your possessions if you do not repay a loan or do something you promised to do?

   (Select **one** box only.)

   | ☑ No ☐ Yes   If yes, complete the following: | |
   |---|---|
   | Name of the person who has the lien or security interest | |
   | How much money do you owe? | Registration number |

4. Are you aware of any financing statements registered under the *Personal Property Security Act* that name you as a debtor?
   (There could be a financing statement registered against you if you used personal possessions to get a loan which has not been repaid yet, e.g. a car loan.)

   (Select **one** box only.)

   | ☑ No ☐ Yes   If yes, what is the registration number? |
   |---|
   | Registration number |

5. Are you an undischarged bankrupt?
   (You are an undischarged bankrupt if you have not received a discharge from your Trustee in Bankruptcy yet.)

   (Select **one** box only.)

   | ☑ No ☐ Yes   If yes, give details of the bankruptcy below: |
   |---|
   | |

## Part 2 – Giving Notice about Your Name Change

You only need to fill in this part if:

- you are married now, **or**
- you signed a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*)

**Note:** Two people who live together in a conjugal relationship (e.g. common law relationship) outside marriage can sign a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*). They usually do this so they can legally change their last names to their partner's last name using Form 1, *Change of Name Act*.

**If you are not married and did not sign a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*), do not fill in Part 2. Go to Part 3.**

**If you signed a Joint Declaration of Conjugal Relationship (Form 3, *Change of Name Act*), but have officially cancelled it by completing and sending to the Office of the Registrar General Form 4 of the *Change of Name Act*, do not fill in Part 2. Go to Part 3.**

**Here is what to do if you need to fill in Part 2:**

Notice of this name change must be provided to your spouse or partner as noted in the two examples at the top of this page.

- Remove this page from the application and complete the top portion of the Notice form on the next page. Provide a copy of this completed Application to Change an Adult's Name and the notice to each person being notified of the name change at least 30 days before submitting the application.
- If more than one person requires notice, photocopy the blank Notice form and provide a separate notice and a copy of the completed Application to Change an Adult's Name to **each** person being notified.
- Send the Notice form and a copy of the application by registered or certified mail to the last known address of each person entitled to notice. **Send the original registered mail receipt that includes the name, address and date stamp on it with this application.**

**With this application, submit all original completed and signed notice form(s) as required.**

- **If the signed Notice form is not returned to you, submit the original registered mail receipt with the name, address and date stamp on it for each Notice.**
- **If the person you send this page to signs the Notice form and sends it back to you, put it with the rest of this application.**
- **If you are living with the person and if they fill in and sign the Notice form, you do not have to mail the Notice to them. Include the signed Notice form with the rest of the application that you submit to the Office of the Registrar General.**

Note: The person you send notice to cannot stop you from changing your name unless they get a court order.

## Notice Form (Form 6, *Change of Name Act*)

The purpose of this form is to let you know that the person listed below has requested a name change. If you sign this form, it does not mean you agree or disagree with the name change. It simply means that you know about it. The Registrar General may proceed with the name change if a signed Notice is not received and the Registrar General is satisfied that the Notice was sent by registered or certified mail to each person entitled to Notice.

Please fill in the information below, sign this form and return it to the address of the applicant provided below. If you have questions, please call the Office of the Registrar General at 1-800-461-2156 or 416-325-8305.

Print clearly and use a pen with blue or black ink. **Do not use correction fluid.** If you fill in information and then want to change it later, put brackets around the wrong information and put your initials beside the change.

**To be filled in by the applicant (the person signing the Statutory Declaration in Part 6 of this application).**

Notice is hereby given to ______________________________

Print Name of Person Entitled to Notice

of an application to change an adult's name under section 5 of the *Change of Name Act* to change the name as follows:

Your current name (enter the full current name exactly as it is listed on page 1 of the application):

First Name William

Middle Name(s) Dale

Last Name or Single Name MacLeod

Your new name (enter the full new name exactly as it is listed on page 1 of the application):

First Name Connor

Middle Name(s) Alexander

Last Name or Single Name MacLeod

Your Full Mailing Address ______________________________

______________________________

______________________________

Signature of Applicant ______________________________ Date Signed (yyyy/mm/dd) ______________

**Acknowledgement of Notice of a Name Change (to be filled in by the person acknowledging notice of the name change).**

I, ______________________________

Print Name of Person Acknowledging Notice of the Change of Name

of ______________________________

Complete Mailing Address of Person Acknowledging Notice

am ☐ married to/spouse of applicant

or ☐ partner who has signed a Joint Declaration of Conjugal Relationship (see help note on previous page)

By signing below, I agree that I have been informed of the proposed change of name.

Signature of the Person of Acknowledging Notice ______________________________ Date Signed (yyyy/mm/dd) ______________

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990, c.C.7. It will be used to determine whether a change of name can be granted, to register and record the change of name, to publish the change of name in The Ontario Gazette, to provide certified copies of the registration, certificates and search notices and for statistical, research, medical, security and law enforcement, corrections, adoption and adoption disclosure purposes. It is an offence to willfully make a false statement on this form. Questions about this collection should be directed to: The Deputy Registrar General, Office of the Registrar General. PO Box 3000, 189 Red River Road, Thunder Bay ON P7B 5W0. Telephone: Outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or Fax: 807-343-7459.

## Part 3 – Getting Consent to Change Your Name

You need to fill in this part only if:

- you are 16 or 17 years old **and** you are not married

The *Change of Name Act* requires the written consent of every person with legal custody of a child before the child's name can be changed. This may include:

- parents or guardians other than the applicant (the child's parents share custody unless a court order or separation agreement states otherwise)
- someone identified by the court as having custody of the child

You must send all original or court certified copies of court orders or separation agreements that name persons who have custody of you.

If you are 16 or 17 years old and you **are** married, you do not need to fill in Part 3. However, you must send us proof that you are married, e.g. a copy of a marriage certificate.

With the application, submit all original completed and signed consent form(s) as required. If more than one person is providing consent, photocopy the blank consent form for each person to complete.

If someone refuses to sign and return this page to you, you may ask the Ontario Court of Justice for an order allowing you to apply for a name change without the person's consent. If the court gives you such an order, submit the court certified copy of the order with the application when you submit it to the Office of the Registrar General.

## Consent Form (Form 7, *Change of Name Act*)

A legal name change has been requested by the applicant listed below. If you have legal custody of this person or if there is a legal agreement that states consent is required to change the person's name, please complete this form to consent to the name change.

Print clearly and use a pen with blue or black ink. **Do not use correction fluid.** If you fill in information and then want to change it later, put brackets around the wrong information and put your initials beside the change.

**To be filled in by the applicant (the person signing the Statutory Declaration in Part 6 of this application).**

Your current name (enter the full current name exactly as it is listed on page 1 of the application):

First Name William

Middle Name(s) Dale

Last Name or Single Name MacLeod

Your new name (enter the full new name exactly as it is listed on page 1 of the application):

First Name Connor

Middle Name(s) Alexander

Last Name or Single Name MacLeod

Your Date of Birth (yyyy/mm/dd) ______________________

Your Full Mailing Address ______________________

**To be filled in by the person with legal custody consenting to the name change.**

I, ______________________
Print Name of Person Consenting to the Change of Name

of ______________________
Complete Mailing Address of Person Consenting

am a person with legal custody of the person listed above and consent to the change of name.

______________________ Signature of Person Consenting

______________________ Date Signed (yyyy/mm/dd)

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990, c.C.7. It will be used to determine whether a change of name can be granted, to register and record the change of name, to publish the change of name in The Ontario Gazette, to provide certified copies of the registration, certificates and search notices and for statistical, research, medical, security and law enforcement, corrections, adoption and adoption disclosure purposes. It is an offence to willfully make a false statement on this form. Questions about this collection should be directed to: The Deputy Registrar General, Office of the Registrar General. PO Box 3000, 189 Red River Road, Thunder Bay ON P7B 5W0. Telephone: Outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or Fax: 807-343-7459.

## Part 4 – Proving How Long You Have Lived in Ontario

You must have been ordinarily a resident of Ontario for at least 12 months immediately before submitting your change of name application.

Part 4 is used to prove you have been ordinarily resident in Ontario for at least the past 12 months. You must find a guarantor who will confirm how long you have lived in Ontario.

To be considered ordinarily resident, you must have maintained a residential address, with the intention of that being considered your permanent address in Ontario for 12 consecutive months immediately before making your application. Even if you were born in Ontario, you must still meet the residency requirement before applying.

Only absences of a temporary nature are allowed. If you have questions about whether you meet the residency requirement, please contact our office.

Any of the following people who know that you have been ordinarily resident in Ontario for at least the past 12 months can be a guarantor:

1. Provincial judges appointed under the *Courts of Justice Act*.
2. Justices of the peace appointed under the *Justices of the Peace Act*.
3. Chiefs of Indian bands that are located in Ontario.
4. Persons authorized under the *Marriage Act* to solemnize marriages.
5. Legally qualified medical practitioners.
6. Members of the Law Society of Upper Canada.
7. Heads of Municipal Councils in Ontario.
8. Clerks of municipalities in Ontario.
9. Principals of elementary and secondary schools, as defined in the *Education Act*.
10. Managers or signing officers of Ontario branches of banks listed in Schedule I or II of the *Bank Act* (Canada), loans corporations, trust corporations, credit unions and caisses populaires.

The list above is not an endorsement by the Office of the Registrar General of professional status or recognition of superior qualifications.

If you can't identify anyone from this list to act as a guarantor, you must find someone other than a relative who has known you for at least five years, and knows that you have been ordinarily resident in Ontario for at least the past 12 months.

**Remove the Guarantor's Statement from the application and ensure all sections are fully completed before submitting. The applicant will complete the top section and the guarantor will complete the bottom section.**

## Guarantor's Statement (Form 8, *Change of Name Act*)

The person named below as the applicant is applying for a legal name change. The purpose of this form is to prove that this person has been ordinarily resident in Ontario for at least the past 12 months. Please **completely** fill in the information below and return this page to the person applying for the name change.

Print clearly using blue or black ink. If you fill in information then want to change it later, put brackets around the wrong information and put your initials beside the change. **Do not use correction fluid on this application.**

**To be filled in by the applicant (the person signing the Statutory Declaration in Part 6 of this application).**

Your current name (enter the full current name listed on page 1 of the application):

First Name William

Middle Name(s) Dale

Last Name or Single Name MacLeod

**To be filled in by the guarantor.**

Name of the guarantor:

First Name Jason

Middle Name(s) Norman Erik

Last Name or Single Name Finigan

Mailing Address:

| 25 Mabelle Avenue | 315 |
|---|---|
| Street Number and Street Name | Apartment/Unit/Suite/PO Box/RR |

| Etobicoke | Ontario | M9A 4Y1 |
|---|---|---|
| City/Town/Village | Province | Postal Code |

What is your usual occupation? Produce Clerk (Non-Qualifying Common-Law Partner of the Applicant)

How long have you known the person named at the top of this page? (list the month and year)

Since: Month (mm) 11 Year (yyyy) 2016

To your knowledge, how long has the person listed at the top of this page been ordinarily resident in Ontario? (list the month and year)

Since: Month (mm) 11 Year (yyyy) 2016

**Signature of Guarantor**

2022/08/20
**Date Signed (yyyy/mm/dd)**

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990, c.C.7. It will be used to determine whether a change of name can be granted, to register and record the change of name, to publish the change of name in The Ontario Gazette, to provide certified copies of the registration, certificates and search notices and for statistical, research, medical, security and law enforcement, corrections, adoption and adoption disclosure purposes. It is an offence to willfully make a false statement on this form. Questions about this collection should be directed to: The Deputy Registrar General, Office of the Registrar General. PO Box 3000, 189 Red River Road, Thunder Bay ON P7B 5W0. Telephone: Outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or Fax: 807-343-7459.

# Part 5 – Application and Documents to be sent

## A. Review of the documents to be sent

Generally, the name you are entitled to be recognized by can be determined as follows:

- If you were born in Ontario, you are entitled to be recognized by the name listed on your birth certificate
- If you were born in Ontario and legally changed your name in Ontario, you are entitled to be recognized by the name on your change of name certificate
- If you were born outside of Ontario, you are entitled to be recognized by the name recognized in law in the last place you had a real and substantial connection before residing in Ontario
- If after coming to reside in Ontario, you legally changed your name in Ontario, you are entitled to be recognized by the name on your change of name certificate

The proof of your current legal name to send with your application is described below:

**If you were born in Canada (including Ontario)**, your current legal name will generally be the name listed on your birth certificate issued by the province or territory where you were born. **Please send the following:**

- if you were born in Ontario, send **all** previously issued original birth certificates or certified copies of birth registration (long form birth certificates)
- if you were born outside Ontario but within Canada, submit either an original birth certificate or certified copy of birth registration (long form birth certificate)
- if you do not have a birth certificate, apply for a birth certificate and submit the certificate with this change of name application

**If you were born outside of Canada,** we require documents that show your legal name before you came to live in Ontario. If you have ever legally changed your name, provide proof of the legal name change. If there are differences in your name, date of birth or place of birth between your identity documents, you will be asked to provide additional consistent proof of your identity information. Include a detailed written explanation stating where, when and how the information was changed on each document and what supporting documents were used to make the changes. **Please send the following documents:**

- photocopy of original birth certificate **or** photocopy of certified copy of birth registration from country of birth **and;**
- photocopy of Canadian Citizenship Card/Certificate (both sides) **or** photocopy of Canadian Record of Immigrant Landing **or** photocopy of Permanent Resident Card (both sides) **and;**
- photocopy of the passport used to enter Canada (if still held by the applicant)

**If applicable, all applicants are required to send:**

- photocopies of all change of name certificates or change of name documents if you have had your name legally changed before (within Canada or outside Canada)
- all **court certified** copies of court orders that relate to custody, access or naming of the person whose name is being changed

If you were born **outside of Canada** and for some reason you cannot obtain a photocopy of your birth certificate issued by the country in which you were born, **include a signed written explanation as to why you are unable to provide it and what you have done to try to obtain it.**

**Translations of documents that are not in English or French**

If all or part of a document sent in support of your change of name application is not written in English or French, you must send us an English or French translation. If a translation is required, your application must include:

- a complete photocopy of the document requiring translation;
- a complete photocopy of the translation of the original document; and
- an original written declaration from one of the following:
  1. A professional translator, who indicates their professional status as a translator (this declaration is not required to be sworn); or
  2. A person who is not a professional translator (this declaration must be sworn in front of a commissioner for taking affidavits).

The translator's original written declaration must state:

- The translator understands English or French and the language of the original document; and
- The translator is of the opinion that the translation is complete and correct.

If the translator's declaration is written on the translation of the original document, the translation must be submitted in its original form. A photocopy will not be accepted.

# Part 5 – Application and Documents to be sent

## B. Review of the contents of the form

Please review the information below to ensure you complete and submit all parts of the form and documents that apply to this application. **Submit all pages of the application regardless of whether some of the pages do not apply to you.**

| Part | Title of Section | Information about the Section(s) | Who Must Complete |
|---|---|---|---|
| Part 1 | Personal Information | Sections A to E | **All sections to be completed by everyone** |
| Part 2 | Giving notice about your name change | Notice Form – signed by the applicant and either: a) the person they are married to or; b) a person with whom they have signed a form called a Joint Declaration of Conjugal Relationship. | Only required if the applicant is currently married, or has signed a Joint Declaration of Conjugal Relationship form with the Office of the Registrar General. |
| Part 3 | Getting consent to change your name | Consent Form – signed by the applicant and their parent(s), guardian(s) or anyone who has legal custody of the applicant. | Only required if the applicant is 16 or 17 years old and is not married. |
| Part 4 | Providing how long you have lived in Ontario | Guarantor's Statement – to be completed by the applicant and the guarantor | **Required for everyone** |
| Part 5 | Application and documents to be sent | Review and send applicable documents listed in Part 5, sections A and B. | **Required for everyone** |
| Part 6 | Signing your application | Statutory Declaration form – signed by the applicant and the commissioner. All errors on the form must be bracketed and initialed by the applicant and the commissioner. | **Required for everyone** |
| Part 7 | Payment | Fee is paid by VISA, MasterCard, money order or cheque. It is payable to the Minister of Finance. Do not send cash, stamps or pre-paid envelopes. | **Required for everyone** |

Additional evidence to support a change of name application may be required. Photocopies of additional evidence may be acceptable however, this office reserves the right to request original or certified copies.

**Applications that do not contain the requested documentation will be returned to the applicant as incomplete and will cause a delay in processing.**

**Single Name Request**

You may choose a single name if it is in accordance with your traditional culture. A separate request using a Name Change to a Single Name form with supplemental evidence must be completed and submitted with this application. This form and information about single name evidence may be obtained by contacting our office by telephone outside Toronto but within North America at 1-800-461-2156 or in Toronto or outside North America at 416-325-8305. TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or by fax at 807-343-7459 or online through our website at ServiceOntario.ca.

**Police Record Checks**

If you answered yes to questions 2, 3, 4 or 5 in Part 1, Section D of this form, then you are required to obtain and submit a currently issued original copy of a police record check. If you must obtain a police record check, please contact your local police department to arrange for the check. **Bring the** Requirements for a Police Record Check for a Change of Name **information sheet to ensure you obtain the right type of check.** Once the police record check is received, include it with the application.

After the name change application is received, identifying information about every person 12 years of age and older whose name may be changed by this application is given to the Ministry of Community Safety and Correctional Services to be checked against the Canadian Police Information Centre (CPIC) records. For more information about police record checks in Ontario, visit online at ontario.ca/policerecordchecks.

**Publication of Name Changes in The Ontario Gazette**

The *Change of Name Act* requires that notice of a legal name change under this Act be published in The Ontario Gazette. There are exceptions to this requirement for transgender and for First Nations, Inuit, and Métis individuals who request that notice of their name change not be published. Notice of name changes are published in The Ontario Gazette can be searched online at Ontario.ca/Gazette. You can submit a completed form requesting non-publication of your change of name with your application. The form must be submitted with the change of name application in order to be considered. The form is available by mail or online through our website at ServiceOntario.ca. To have the form mailed contact our office by telephone outside Toronto but within North America at 1-800-461-2156 or in Toronto or outside North America at 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408.

## Part 6 – Signing Your Application

Before you send us your application, you must first sign the next page. You must sign this statement in front of a person called a commissioner for taking affidavits. The statement says you have followed all the steps and all the information is true. **It is a serious crime under the Criminal Code of Canada to make a false statement.**

There are commissioners in every community who will provide this service. Here are some examples of commissioners:

- a member of the Legislative Assembly of Ontario
- clerks, deputy clerks and treasurers of local municipalities
- a lawyer entitled to practice law in Ontario
- provincial judges and justices of the peace

**Here's what to do**

1. Make sure all documents you need are filled in and signed by the necessary people. Refer to the Application and Documents to Be Sent part of the form in Part 5 (B) to confirm you have what you need.
2. Make sure you have included with your application all the birth certificates and other documents as explained in Part 5.
3. Bring the application and all of the documents to the commissioner. Sign at the X on the next page in front of the commissioner.
4. The commissioner will fill in and sign the Statutory Declaration form on the next page.
5. **Make sure the commissioner puts his or her initials beside any changes or corrections you have made on the application. This includes changes made to Form 5.**

**Documents You Will Receive**

If your name change is approved, you will get a change of name certificate. It will show your previous name and your new name. You can use this certificate to change your name on other personal documents such as your driver's licence or credit cards.
Every person born in Ontario who changes their name will also get a new birth certificate in their new name. The birth certificate automatically issued does not contain parental information. If you wish to apply for a birth certificate with parental information or a certified copy of the birth registration, you can do so by submitting a Request for a Birth Certificate application and the associated payment along with this form, or at a later date (after the name change is completed).

An Ontario birth certificate is an extract of a person's birth registration.

Sex (M, F, or X) as it is recorded on a person's birth registration will be displayed on the certificate, unless you indicate that you do not want it displayed by selecting the box below:

☑ I do **not** want sex to be displayed on this birth certificate.

Note that this request will not change or amend the birth registration.

**Disclaimer**: The Government of Ontario cannot guarantee that a birth certificate with no sex displayed will be accepted by organizations in Ontario or by other jurisdictions.

## Part 6 – Continued
## Statutory Declaration Form

To be signed by the person applying for the name change.

By signing this Statutory declaration form, I declare that I have followed all the rules and provided all the documents needed for this name change application.

I declare that every consent specified in this application has been obtained or dispensed with by the court.
I declare that every notice specified in this application has been given.
I declare that I have been ordinarily resident in Ontario for at least one year immediately before making this application.
I declare that I am not making this application for any improper purpose.
I declare that the information I have given in this application is true and complete.

I, William Dale MacLeod ______ make this solemn
(print name of applicant)
declaration conscientiously believing it to be true and knowing that it is of the same force and effect as if made under oath.

**Must** be signed in front of a commissioner for taking affidavits.

| Signature of Applicant<br>X |
|---|

Declared before me at the the City of Toronto ______
(municipality where declaration made)

of ______
(county, district or regional municipality where declaration made)

this ______ day of August ______, 20 21 ______.
day Month year

______
Commissioner for taking Affidavits Signature

| Commissioner's seal/stamp | **Or** state occupation/authority to commission |
|---|---|
| | |

## Payment Method and Credit Card Authorization

**Applicant's Information**

| Last Name or Single Name | First Name | Middle Name(s) |
|---|---|---|
| MacLeod | William | Dale |

**Subject's Information**

| Last Name or Single Name | First Name | Middle Name(s) |
|---|---|---|
| | | |

**Fees**

Select the appropriate box(es):

☑ Adult name change - $137.00 How many? 1

☐ Child name change at same time as adult - $22.00 How many? ______

☐ Child name change only (not being done with an adult name change) - $137.00 How many? ______

Total of authorized payment included $ **$137.00**

**All applications**:

- Ensure the correct fee along with all forms, evidence and all original certificates are submitted.
- We **do not** accept cash as payment for any type of application.
- If your application is returned for any reason, you **must** resubmit your credit card payment information (if used), as it will be shredded for privacy and security reasons.
- Fees are subject to change without notice.

**Applications made within Canada:**

- Send your request by mail and pay by cheque, money order (made payable to the **Minister of Finance**), VISA or MasterCard.
- Post-dated cheques are not accepted. An administration fee of $35.00 will be applied to any cheques returned by a Financial Institution.

**Applications made outside Canada:**

- If you are sending your payment from anywhere other than Canada, you must pay with an international money order in Canadian funds drawn on a Canadian clearing house, or by VISA or MasterCard.

**For assistance:**

Please visit ServiceOntario.ca or contact us at: Telephone: outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305. TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or Fax 807-343-7459.

**Method of Payment** - Check the box with your method of payment for this application Medium Sensitivity

☐ VISA ☑ MasterCard ☐ Cheque ☐ Money Order

If paying by cheque or money order, please make payable to the **Minister of Finance**

**Credit Card Information**

| Print Name of Cardholder (as it appears on the credit card) | Name of Credit Card Company |
|---|---|
| William Dale MacLeod | NEO Financial |

| Credit Card Number | Expiration Date mm yy |
|---|---|
| 5 2 5 3 5 1 0 2 2 7 2 3 5 2 1 6 | 0 5 2 4 |

| Signature of Cardholder and/or Signing Authority | Date (yyyy/mm/dd) Year Month Day |
|---|---|
| William Dale Macleod | 2 0 2 2 0 8 2 0 |

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990, c.C.7. It will be used to determine whether a change of name can be granted, to register and record the change of name. to publish the change of name in The Ontario Gazette, to provide certified copies of the registration, certificates and search notices and for statistical, research, medical, security, law enforcement, corrections, adoption and adoption disclosure purposes. It is an offence to willfully make a false statement on this form. Questions about this collection should be directed to: The Deputy Registrar General, Office of the Registrar General, PO Box 3000, 189 Red River Road, Thunder Bay ON P7B 5W0. Telephone: Outside Toronto but within North America 1-800-461-2156 or in Toronto or outside North America 416-325-8305. TTY/Teletypewriter (for the hearing impaired) 416-325-3408 or Fax: 807-343-7459.



**Office of the Registrar General**
PO Box 3000
189 Red River Road
Thunder Bay ON P7B 5W0

# Request for Non-Publication in The Ontario Gazette

Section 6, Regulation 68, *Change of Name Act,* 1990

**To be completed and signed by the applicant and included with the Change of Name application form.**

**To the Registrar General:**

Complete this section if you are submitting a **Request to Change an Adult's Name** (subs. 4(1), *CNA*)

I, William Dale MacLeod, am the person applying for a
Full name of applicant

name change for myself. I request that notice of the change of name **not** be published in The Ontario Gazette because I am (select the applicable boxes):

☑ Transgender* (at the time of the application)

☑ First Nations, Inuit or Métis

Complete this section if you are submitting a **Request to Change a Child's Name** (subs. 5(1), *CNA*)

I, ______________________, am the person applying for a
Full name of applicant

name change for ______________________.
Current full name of child

I request that notice of the change of name **not** be published in The Ontario Gazette because the person to whom the application relates is (select the applicable boxes):

☐ Transgender* (at the time of the application)

☐ First Nations, Inuit or Métis

*Transgender means a person whose gender identity differs from what is typically associated with the sex they were assigned at birth.

| Signature of Applicant | Date (yyyy/mm/dd) |
| --- | --- |
| William Dale MacLeod | 2022/08/18 20 |

Personal information on this form is collected under the authority of the *Change of Name Act*, R.S.O. 1990, c.C.7. It may be used to determine whether a change of name should be published in The Ontario Gazette and for statistical, security and law enforcement purposes as applicable. It is an offence to willfully make a false statement on this form. Questions about this collection should be directed to: The Deputy Registrar General, Office of the Registrar General, PO Box 3000, 189 Red River Road, Thunder Bay ON P7B 5W0. Telephone: Outside Toronto but within North America1-800-461-2156 or in Toronto or outside North America 416-325-8305, TTY/Teletypewriter (for the hearing impaired) 416-325-3408.

 © Queen's Printer for Ontario, 2022