




**Tracked Packet™ - USA | Paquet repérable™ - É.-U.**

From/De    Tel No. N° de tél.: (437) 324-2077 ext

Postage paid | Port payé
9648373
Date
2022 09 09
Gross Weight | Poids brut
0.181 kg
Postage Rate | Tarif d'affran.

William MacLeod
315-25 Mabelle Ave
Etobicoke ON  M9A 4Y1
CANADA

To/À:    Tel No. N° de tél.: 3074332120

MANIFEST NOT REQ
MANIFESTE NON REQ

WYOMING DISTRICT COURT-CHEYENNE REGISTRY
UNITED STATES DISTRICT COURT
2120 CAPITAL AVENUE
ROOM 2131
CHEYENNE WY  82001
UNITED STATES



**USPS TRACKING™ #**



LE 026 562 842 CA

| Quantity and Description of Contents / Quantités et description du contenu | HS Tariff Code / Code tarif SH | Country of Origin / Pays d'origine | Net Weight (kg) / Poids net (kg) | Value CAD / Valeur CAD |
|---|---|---|---|---|
| 1 Diversity Case Originating Proc |  |  | 0.179 | 0.01 |
|  |  |  | **Total Value** | 0.01 |

X  Document
   Document

Customs: May be opened officially.
Sender warrants that the particulars given in this declaration are correct and the shipment does not contain non-mailable matter.

CN22

Douane: Peut être ouvert d'office.
L'expéditeur atteste que les renseignements donnés dans cette déclaration sont exacts et que l'envoi ne contient pas d'objet inadmissible.



Signature:                                   Date:
EST-S/OÉE-C V2208.0.819 Customs Declaration / Déclaration en douane    SPEC 3697 V1
Shipping Label                                                        Étiquette d'expédition



# Tracked Packet™ - USA | Paquet repérable^MC - É.-U

Tracking Number → **LE 026 562 842 CA** ← Numéro de repérage

## Instructions

1. Choose a box designed for shipping.
2. Wrap your items so that they are secure in the box and seal the box using proper shipping tape.
3. Complete the Customs area with an itemized list of contents and Country of Origin Manufacture.
4. Cut the label on the dotted line and retain this half for tracking purposes.
5. Attach a plastic envelope to the largest side of the box ( **if possible, do not bend it around sides or end of box** ). Place this label inside the plastic envelope.
6. Take the parcel to a Canada Post retail outlet for shipping or drop it into a Street Letter Box.

---

1. Choisissez une boîte conçue pour l'expédition.
2. Empaquetez solidement vos articles dans la boîte et scellez le tout avec du ruban d'expédition.
3. Complétez la partie pour les douanes avec une liste détaillée du contenu et du pays d'origine manufacturière.
4. Découpez l'étiquette le long du pointillé et conservez cette partie pour suivi.
5. Apposez une enveloppe transparente sur le côté le plus grand de la boîte ( **si possible, ne pas la replier sur les côtés** ). Mettez l'étiquette dans l'enveloppe transparente.
6. Apportez le colis à un comptoir postal de Postes Canada pour expédition ou déposez le dans une boîte aux lettres publique.

---

To: / À: WYOMING DISTRICT COURT-CHEYENNE REGIST
Order No.: / N° d'commande: D268083360

## Customer Credit Card Receipt / Reçu de carte de crédit

The online transaction has been approved by the credit card issuer. / La transaction en lingne a été approuvée par l'établissement émetteur de la carte de crédit.

| | |
|---|---|
| Transaction type: / Type de transaction: | Sale / Vente |
| Card Type: / Type de carte: | MC |
| Name on Card. / Nom sur la carte: | William MacLeod |
| Order Sub-Total: / Total partiel de la commande: | $15.10 CAD |
| GST / TPS: | $0.00 CAD |
| PST / TVP: | $0.00 CAD |
| HST / TVH: | $0.00 CAD |
| Total Transaction Amount: / Montant total de la transaction: | $15.10 CAD |
| Authorization Code: / Code d'autorisation: | OCO794 |
| Date and Time: / Date et heure: | 2022 09 09 07:38 EDT |
| Merchant Name: / Nom du commerçant: | Canada Post Postes Canada |
| Merchant Online Address: / Adresse Web du commerçant: | www.canadapost.ca www.postescanada.ca |

---

A barcode should be printed on the label because Delivery Confirmation is selected. If no bar code is visible, please contact the help desk at 1-877-376-1212 for assistance.
Un code à barres devrait etre imprimé sur l'étiquette lorsque la confirmation de livraison est choisie. Si le code à barres n'apparaît pas, veuillez communiquer avec le service d'assistance au 1-877-376-1212.