AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

2022 SEP 21 AM 11:02

MARGARET BOTKINS, CLERK
CHEYENNE

| | | |
|---|---|---|
| William Dale MacLeod | ) | |
| *Plaintiff/Petitioner* | ) | |
| v. | ) | Civil Action No. 22-CV-207-F |
| Lolcow Limited Liability Corporation | ) | |
| *Defendant/Respondent* | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☑ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

The Plaintiff receives $1,040.00 per month from Timiskaming First Nation, an Indian Reservation in Canada, dependent on academic success in each term. The Plaintiff also receives 1,326.00 from BMO Life Assurance Company as a structured settlement annuity from a Motor Vehicle Accident which occurred on June 17 2010. The plaintiff made a net profit of $10.00 at a recent convention they had vended their wares at, with gross sales of approximately $60.00. Only the $1,040.00 and $1,326.00 amounts are expected to continue.

All amounts are in Canadian Dollars.

4. Amount of money that I have in cash or in a checking or savings account: $ _____ 0.00 __ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
The Plaintiff pays $436.78 in rent share, pays about $500.00 a month in transportation during the academic year, makes about $250.00 a month in loan payments and incurs about $300.00 a month in medical expenses.

All amounts are in Canadian Dollars.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
The Plaintiff is presently obligated to two payday loan companies for approximately $900.00 and is backdated on rent, cellular and loans due to loss of employment in July 2022.

All amounts are in Canadian Dollars.

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____08/24/2022_____                                    _____*[signature]*_____
                                                              *Applicant's signature*

                                                              _____William Dale MacLeod_____
                                                              *Printed name*